**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| GREGG TCHIRKOW, | : No. 18 WM 2018 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| PRESIDENT JUDGE RITA HATHAWAY, | : |
| JOHN PECK, BRYAN KLINE, AND A. | : |
| TAYLOR WILLIAMS, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonontary is DIRECTED to strike the name of the jurist from the caption.